**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT MITCHELL,

     Plaintiff,

                                    Hon. Lawrence J. Zatkoff
vs.                                     Case No. 05-73698

COUNTY OF WAYNE,

     Defendant.

_____/

**JUDGMENT ON JURY VERDICT**

     At a session of said Court, held in the
United States District Court in Port
Huron, Michigan on May 16, 2007

     PRESENT:    LAWRENCE P. ZATKOFF
                    United States District Court Judge

This action came on for a trial before the Court and a jury, the Honorable Lawrence P. Zatkoff, U.S. District Court Judge presiding, and the issues having been duly tried and the jury having duly rendered its verdict;

IT IS HEREBY ORDERED AND ADJUDGED that the jury FOUND IN FAVOR OF DEFENDANT on all of Plaintiff's claims.  Plaintiff's cause of action is therefore DISMISSED WITH PREJUDICE.

                                   s/Lawrence P. Zatkoff
                                   LAWRENCE P. ZATKOFF
                                   United States District Court Judge